CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

ROGER L. SCOTT (SBN: 247165)
rscott@buchalter.com
BUCHALTER
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
Attorney for Defendant
Black Oak Gallery

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OZIEL SAWYER III,<br><br>　　　Plaintiff,<br><br>　v.<br><br>BLACK OAK GALLERY, a California Corporation; and Does 1-10,<br><br>　　　Defendants. | Case: 3:19-CV-05916-VC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 30, 2020  CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
　　Amanda Lockhart Seabock
　　Attorneys for Plaintiff

Dated: April 30, 2020  BUCHALTER

By: /s/ Roger L. Scott
　　Roger L. Scott
　　Attorneys for Defendant
　　Black Oak Gallery

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Roger L. Scott, counsel for Black Oak Gallery, and that I have obtained Mr. Scott's authorization to affix his electronic signature to this document.

Dated: April 30, 2020             CENTER FOR DISABILITY ACCESS

                                  By: /s/ Amanda Lockhart Seabock
                                      Amanda Lockhart Seabock
                                      Attorneys for Plaintiff